IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY TUTTLE, *et.al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 14-164 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| ALLEGHENY COUNTY ) | |
| CORRECTIONAL HEALTH SERVICES, ) | |
| *et.al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On December 29, 2015, the Magistrate Judge issued a Report (Doc. 72) recommending that Allegheny County's Motion to Dismiss (Doc. 70) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Motion to Dismiss by Defendant Allegheny County (**Doc. 70**) is **DENIED**.

The Magistrate Judge's Report and Recommendation dated December 29, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

January 21, 2016                                     s\Cathy Bissoon
                                                     Cathy Bissoon
                                                     United States District Judge

cc (via ECF email notification):

All counsel of record